UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JASON GIBSON,

       Plaintiff,

v.                                    Case No.  1:13-CV-1226

DYNAMIC RECOVERY SERVICES,        HON. GORDON J. QUIST
INC., and DOES 1-10, INCLUSIVE

       Defendants.
_____/

## DEFAULT JUDGMENT

    Judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of

$8,045 consisting of $6,000.00 in damages and $2,045 in attorney's fees and costs.

Dated:  October 3, 2014                      /s/ Gordon J. Quist
                                        GORDON J. QUIST
                                    UNITED STATES DISTRICT JUDGE